## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Darin Bielby | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 1177 CD 2018 |
| | : | |
| Zoning Board of Adjustment of the City of Philadelphia and Carla Willard, Connie Winters, Michael Ramos, Susan Wright, Julia Mann, and Glandnair Carter | : | |
| | : | |
| Appeal of: Carla Willard, Connie Winters, Michael Ramos, Susan Wright, Julia Mann, and Glandnair Carter | : | |
| | : | |
| Darin Bielby | : | |
| | : | |
| v. | : | Nos. 1419 and 1420 C.D. 2018 |
| | : | |
| Zoning Board of Adjustment of the City of Philadelphia and Carla Willard, Connie Winters, Michael Ramos, Susan Wright, Julia Mann, and Glandnair Carter | : | |
| | : | |
| Appeal of: Carla Willard, Connie Winters, Michael Ramos and Susan Wright | : | |

# **O R D E R**

NOW, December 2, 2019, having considered Appellants Carla Willard,

Connie Winters, Michael Ramos and Susan Wright's' application for reargument,

and Appellee's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge